# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD H. HAMBY, et al., | Case No. 11cv544-BTM (BGS) |
| Plaintiff, | **ORDER RE HEARING DATES** |
| v. | |
| POWER TOYOTA IRVINE, et al., | |
| Defendant. | |

Three motions in this case are outstanding. Plaintiff has filed a motion to remand [dock. # 7], Defendant has filed a motion to compel arbitration [dock. # 8], and Plaintiff has filed an ex parte application seeking discovery regarding unconscionability of the contract's arbitration clause and a stay on the motion to compel arbitration hearing to accommodate this discovery [dock. # 9]. The motion for remand and motion to compel arbitration are scheduled to be heard on June 10, 2011, and the ex parte application is fully briefed.

The Court has jurisdiction over a motion to compel arbitration only "if the federal court would have jurisdiction over the underlying substantive dispute." *Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1106 (9th Cir. 2010) (citing *Vaden v. Discover Bank*, 129 S. Ct. 1262, 1270-1271 (2009)). Thus, Plaintiff's motion to remand presents a threshold issue of subject matter jurisdiction that must be decided prior to the other outstanding motions. Accordingly, the Court the hearing date for the motion to compel arbitration is continued to July 22, 2011 at 11:00 a.m., and the hearing date on Plaintiff's ex parte

application is continued to June 17, 2011, so that the Court may first decide the motion to remand.

**IT IS SO ORDERED.**

DATED: May 16, 2011

Honorable Barry Ted Moskowitz
United States District Judge