AO 450 Judgment in a Civil Case

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Chad H Hamby

V.

Power Toyota Irvine and Does 1-75

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11CV0544-BTM(BGS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Compel arbitration is Granted. Judgment is entered compelling arbitration.

| March 22, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON March 22, 2012

11CV0544-BTM(BGS)